UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHARMAINE ARRINGTON, *et al.*　　　　　　　　　　CIVIL ACTION

VERSUS　　　　　　　　　　　　　　　　　　　　　NO. 25-1505

DAMIEN AUSTIN　　　　　　　　　　　　　　　　　SECTION M (3)

**ORDER**

Having considered the complaint, the record, the applicable law, the magistrate judge's Report and Recommendation ("R&R"),[1] and the failure of any party to file an objection to the R&R, the Court hereby approves the R&R and adopts it as its opinion in this matter. Accordingly,

IT IS ORDERED that plaintiff's complaint is DISMISSED WITHOUT PREJUDICE because plaintiff failed to state a claim under 42 U.S.C. § 1983, thereby depriving the Court of subject-matter jurisdiction over such claim and any basis for supplemental jurisdiction over plaintiff's state-law claims.

New Orleans, Louisiana, this 20th day of November, 2025.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 12.